UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANNETTE GUIFARRO,

Plaintiff,

v. Case No.: 6:25-cv-02513-GAP-DCI

C4 ADVANCED TACTICAL SYSTEMS LLC, A FOREIGN LIMITED LIABILITY COMPANY;

Defendant,

______________________________/

# ORDER

This cause comes before the Court on Defendant's Unopposed Motion to Compel Arbitration (Doc. No. 22) filed May 21, 2026.

On July 13, 2026, the United States Magistrate Judge issued a report (Doc. No. 23) recommending that the motion be GRANTED. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.
2. The Defendant's Unopposed Motion to Compel Arbitration is GRANTED **.**

3. The Case is **STAYED** pending arbitration. The parties are directed to initiate the arbitration process within 30 days from the date of this order and file a notice of compliance with the court. Thereafter the parties are **DIRECTED** to file a joint status report by September 15, 2026, and every 90 days thereafter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 28, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party